**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MANUEL, FERNANDO R. | § | Case No. 10-29113 |
| MANUEL, PASTORA S. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 30, 2010. The undersigned trustee was appointed on November 26, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    50,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 49.45 |
| Bank service fees | 941.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 49,008.60 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/12/2012 and the deadline for filing governmental claims was 03/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2016            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Period Ending:** 06/07/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/04/10  
**Claims Bar Date:** 03/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence<br>1968 Fescue Dr. Aurora, IL | 217,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account<br>5th 3rd Bank Checking Acct-Cincinnati, OH | 387.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account<br>Chase Checking Acct-Baton Rouge, LA | 307.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods<br>Misc furniture, T, appliances, utensils | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>Misc. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and Jewelry<br>Misc. rings, earings, necklaces | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Digital Camera--1968 Fescue<br>Digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 9 | 16% Interest in Avant Home Health<br>Fax machine & Xerox machine | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Lawsuit - Manuel v Global<br>Order entered 7/27/12 for settlement with Global Home Healthcare, Inc., for total of $50,000. ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 11 | 25% interest in Mid America Home Health | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 100% interest in Amma Home Health | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 25% interest in Global Home Health<br>Order entered 7/27/12 for settlement with Global Home Healthcare, Inc., for total of $50,000. ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 14 | Fax machine & xerox machine--1968 Fescue | 100.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets Totals** (Excluding unknown values) | **$219,394.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

Printed: 06/07/2016 10:26 AM  V.13.25

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-29113
**Case Name:** MANUEL, FERNANDO R.
MANUEL, PASTORA S.
**Period Ending:** 06/07/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 06/30/10 (f)
**§341(a) Meeting Date:** 08/04/10
**Claims Bar Date:** 03/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

This was originally Trustee Safanda's case.  On 7/27/12,  an Order was entered for settlement with Global Home Healthcare, Inc., for total of $50,000.  ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself).  The entire $10,000 for the stock was paid, but Global Home Healthcare was supposed to make payments on the $40,000 settlement but has only paid $11,000.  Order for Turnover of the remaining $29,000 entered 12/19/14 stating if full balance must be paid by 1/19/15 or payment arrangements need to be made or Trustee will obtain a Judgment and proceed with collections.  Global Home Healthcare was making payments and is now in the process of selling the company and paying the remaining amount due of $11,800 at the closing.  Closing tentatively set for January 8, 2016.

**Initial Projected Date Of Final Report (TFR):**     March 15, 2015          **Current Projected Date Of Final Report (TFR):**     May 20, 2016  (Actual)

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 06/07/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********13 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/13 | | ROY SAFANDA, TRUSTEE | Turnover of funds from former Trustee, Safanda. Order entered 7/27/12 approving settlement with Global Home Healthcare for total of $50,000. Defendants paid $10,000 for purchase of stock and paid $3,000 toward payment of lawsuit settlement | | 12,914.54 | | 12,914.54 |
| | {10} | | Gross Sale          13,000.00 | 1249-000 | | | 12,914.54 |
| | | | Service fees         -85.46 | 2600-000 | | | 12,914.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,904.54 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.18 | 12,885.36 |
| 02/11/14 | 1000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 17.22 | 12,868.14 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.30 | 12,850.84 |
| 03/28/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 3,000.00 | | 15,850.84 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.68 | 15,831.16 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.78 | 15,808.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.50 | 15,784.88 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.71 | 15,762.17 |
| 07/16/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 2,000.00 | | 17,762.17 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.97 | 17,737.20 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.37 | 17,710.83 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.48 | 17,685.35 |
| 10/16/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 3,000.00 | | 20,685.35 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.59 | 20,656.76 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.72 | 20,627.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.66 | 20,596.38 |
| 01/27/15 | {10} | GLOBAL HOME HEALTHCARE, INC. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. (check made payable to their attorney endorsed to TES Trustee. | 1249-000 | 1,200.00 | | 21,796.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 21,765.47 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 13.02 | 21,752.45 |
| 03/05/15 | {10} | THE GOLDING LAW OFFICES, | Settlement Payment re: Order approving | 1249-000 | 12,000.00 | | 33,752.45 |

Subtotals :      $34,114.54      $362.09

{} Asset reference(s)                                                                                                    Printed: 06/07/2016 10:26 AM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 06/07/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********13 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | P.C. | compromise entered 7/27/12 for settlement of state court lawsuit. | | | | |
| 03/05/15 | {10} | GLOBAL HOME HEALTHCARE, INC. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. Check made payable to their attorney endorsed to TES Trustee. | 1249-000 | 1,000.00 | | 34,752.45 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 34,723.22 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 49.13 | 34,674.09 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 34,674.09 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,114.54 | 35,114.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 34,674.09 | |
| | | | Subtotal | | 35,114.54 | 440.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,114.54 | $440.45 | |

{} Asset reference(s)

Printed: 06/07/2016 10:26 AM  V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 06/07/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****926266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 |  | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 34,674.09 |  | 34,674.09 |
| 05/05/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 |  | 35,674.09 |
| 07/13/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 |  | 36,674.09 |
| 08/04/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 |  | 37,674.09 |
| 09/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 57.79 | 37,616.30 |
| 10/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 54.10 | 37,562.20 |
| 11/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 52.22 | 37,509.98 |
| 12/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 59.35 | 37,450.63 |
| 01/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 51.93 | 37,398.70 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #10-29113, Bond Premium | 2300-000 |  | 19.21 | 37,379.49 |
| 03/01/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 51.85 | 37,327.64 |
| 03/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 58.91 | 37,268.73 |
| 04/14/16 |  | Christian Peltier | Liquidation of Personal Property |  | 11,800.00 |  | 49,068.73 |
|  | {10} |  | 1,800.00 | 1249-000 |  |  | 49,068.73 |
|  | {13} |  | 10,000.00 | 1249-000 |  |  | 49,068.73 |
| 04/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 60.13 | 49,008.60 |
|  |  |  | **ACCOUNT TOTALS** |  | 49,474.09 | 465.49 | **$49,008.60** |
|  |  |  | Less: Bank Transfers |  | 34,674.09 | 0.00 |  |
|  |  |  | **Subtotal** |  | 14,800.00 | 465.49 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$14,800.00** | **$465.49** |  |

{} Asset reference(s)

Printed: 06/07/2016 10:26 AM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 06/07/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****926266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | Checking # ********13 | 35,114.54 | 440.45 | 0.00 |
|  | Checking # ****926266 | 14,800.00 | 465.49 | 49,008.60 |
|  |  | $49,914.54 | $905.94 | $49,008.60 |

{} Asset reference(s)

Printed: 06/07/2016 10:26 AM V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 12, 2012

**Case Number:** 10-29113  
**Debtor Name:** MANUEL, FERNANDO R.

Page: 1

**Date:** June 7, 2016  
**Time:** 10:27:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,750.00 | $0.00 | 5,750.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,494.50 | $0.00 | 4,494.50 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $58.22 | $0.00 | 58.22 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | Blanket Bond # 016026455 | $30.24 | $30.24 | 0.00 |
| 1 610 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (1-1) Citibank - Sears | $6,856.24 | $0.00 | 6,856.24 |
| 2 610 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $7,696.79 | $0.00 | 7,696.79 |
| 3 610 | CHASE BANK USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Acct # 0111 | $9,995.69 | $0.00 | 9,995.69 |
| 4 610 | CHASE BANK USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Acct # 1634 | $4,080.33 | $0.00 | 4,080.33 |
| 5 610 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 1000 | $3,793.68 | $0.00 | 3,793.68 |
| 6 610 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 1005 | $1,892.31 | $0.00 | 1,892.31 |
| 7 610 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (7-1) JCPENNEY REWARDS MASTERCARD or GEMB | $3,066.58 | $0.00 | 3,066.58 |
| 8 610 | US DEPARTNMENT OF EDUCATION<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 | Unsecured | | $12,930.84 | $0.00 | 12,930.84 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 12, 2012

**Case Number:** 10-29113
**Debtor Name:** MANUEL, FERNANDO R.

Page: 2

**Date:** June 7, 2016
**Time:** 10:27:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 / 610 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct # 6294 | $1,775.78 | $0.00 | 1,775.78 |
| 10 / 610 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct # 0781 | $8,711.67 | $0.00 | 8,711.67 |
| 11 / 610 | NEWMAN RAIZ, LLC<br>c/o James P. Newman & Associates<br>2570 Foxfield Rd., Suite 201<br>St. Charles, IL 60174 | Unsecured | Order entered allowing claim to be filed as timely filed unsecured claim | $39,335.93 | $0.00 | 39,335.93 |
| 12 / 620 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $4,203.91 | $0.00 | 4,203.91 |
| **<< Totals >>** | | | | 114,672.71 | 30.24 | 114,642.47 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-29113
Case Name: MANUEL, FERNANDO R.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 49,008.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 49,008.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 4,494.50 | 0.00 | 4,494.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 58.22 | 0.00 | 58.22 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 30.24 | 30.24 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,302.72
Remaining balance: $ 38,705.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 38,705.88

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 38,705.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,135.84 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 6,856.24 | 0.00 | 2,650.18 |
| 2 | FIRST NATIONAL BANK OF OMAHA | 7,696.79 | 0.00 | 2,975.08 |
| 3 | CHASE BANK USA NA | 9,995.69 | 0.00 | 3,863.67 |
| 4 | CHASE BANK USA NA | 4,080.33 | 0.00 | 1,577.18 |
| 5 | AMERICAN EXPRESS CENTURION BANK | 3,793.68 | 0.00 | 1,466.38 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 1,892.31 | 0.00 | 731.44 |
| 7 | MIDLAND FUNDING LLC | 3,066.58 | 0.00 | 1,185.34 |
| 8 | US DEPARTNMENT OF EDUCATION | 12,930.84 | 0.00 | 4,998.20 |
| 9 | DISCOVER BANK | 1,775.78 | 0.00 | 686.40 |
| 10 | DISCOVER BANK | 8,711.67 | 0.00 | 3,367.35 |
| 11 | NEWMAN RAIZ, LLC | 39,335.93 | 0.00 | 15,204.66 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 38,705.88 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,203.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | FIA CARD SERVICES, N.A. | 4,203.91 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**