# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: MANUEL, FERNANDO R. | § | Case No. 10-29113 |
| MANUEL, PASTORA S. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $219,394.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,705.88          Claims Discharged
                                                    Without Payment: $65,633.87

Total Expenses of Administration: $11,294.12

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,294.12 | 11,294.12 | 11,294.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 104,339.75 | 104,339.75 | 38,705.88 |
| **TOTAL DISBURSEMENTS** | $0.00 | $115,633.87 | $115,633.87 | $50,000.00 |

4) This case was originally filed under Chapter 7 on June 30, 2010. The case was pending for 74 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit - Manuel v Global | 1249-000 | 40,000.00 |
| 25% interest in Global Home Health | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 4,494.50 | 4,494.50 | 4,494.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 58.22 | 58.22 | 58.22 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 30.24 | 30.24 | 30.24 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 19.18 | 19.18 | 19.18 |
| ASSOCIATED BANK | 2600-000 | N/A | 17.30 | 17.30 | 17.30 |
| ASSOCIATED BANK | 2600-000 | N/A | 19.68 | 19.68 | 19.68 |
| ASSOCIATED BANK | 2600-000 | N/A | 22.78 | 22.78 | 22.78 |
| ASSOCIATED BANK | 2600-000 | N/A | 23.50 | 23.50 | 23.50 |
| ASSOCIATED BANK | 2600-000 | N/A | 22.71 | 22.71 | 22.71 |
| ASSOCIATED BANK | 2600-000 | N/A | 24.97 | 24.97 | 24.97 |
| ASSOCIATED BANK | 2600-000 | N/A | 26.37 | 26.37 | 26.37 |
| ASSOCIATED BANK | 2600-000 | N/A | 25.48 | 25.48 | 25.48 |
| ASSOCIATED BANK | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.72 | 29.72 | 29.72 |
| ASSOCIATED BANK | 2600-000 | N/A | 30.66 | 30.66 | 30.66 |
| ASSOCIATED BANK | 2600-000 | N/A | 30.91 | 30.91 | 30.91 |
| ASSOCIATED BANK | 2600-000 | N/A | 29.23 | 29.23 | 29.23 |
| Rabobank, N.A. | 2600-000 | N/A | 57.79 | 57.79 | 57.79 |
| Rabobank, N.A. | 2600-000 | N/A | 54.10 | 54.10 | 54.10 |
| Rabobank, N.A. | 2600-000 | N/A | 52.22 | 52.22 | 52.22 |
| Rabobank, N.A. | 2600-000 | N/A | 59.35 | 59.35 | 59.35 |
| Rabobank, N.A. | 2600-000 | N/A | 51.93 | 51.93 | 51.93 |
| Arthur B. Levine Company | 2300-000 | N/A | 19.21 | 19.21 | 19.21 |
| Rabobank, N.A. | 2600-000 | N/A | 51.85 | 51.85 | 51.85 |
| Rabobank, N.A. | 2600-000 | N/A | 58.91 | 58.91 | 58.91 |
| ROY SAFANDA, TRUSTEE | 2600-000 | N/A | 85.46 | 85.46 | 85.46 |
| Rabobank, N.A. | 2600-000 | N/A | 60.13 | 60.13 | 60.13 |
| ASSOCIATED BANK | 2600-000 | N/A | 49.13 | 49.13 | 49.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,294.12 | $11,294.12 | $11,294.12 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 7100-000 | N/A | 6,856.24 | 6,856.24 | 2,650.18 |
| 2 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 7,696.79 | 7,696.79 | 2,975.08 |
| 3 | CHASE BANK USA NA | 7100-000 | N/A | 9,995.69 | 9,995.69 | 3,863.67 |
| 4 | CHASE BANK USA NA | 7100-000 | N/A | 4,080.33 | 4,080.33 | 1,577.18 |
| 5 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | N/A | 3,793.68 | 3,793.68 | 1,466.38 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | N/A | 1,892.31 | 1,892.31 | 731.44 |
| 7 | MIDLAND FUNDING LLC | 7100-000 | N/A | 3,066.58 | 3,066.58 | 1,185.34 |
| 8 | US DEPARTNMENT OF EDUCATION | 7100-000 | N/A | 12,930.84 | 12,930.84 | 4,998.20 |
| 9 | DISCOVER BANK | 7100-000 | N/A | 1,775.78 | 1,775.78 | 686.40 |
| 10 | DISCOVER BANK | 7100-000 | N/A | 8,711.67 | 8,711.67 | 3,367.35 |
| 11 | NEWMAN RAIZ, LLC | 7100-000 | N/A | 39,335.93 | 39,335.93 | 15,204.66 |
| 12 | FIA CARD SERVICES, N.A. | 7200-000 | N/A | 4,203.91 | 4,203.91 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $104,339.75 | $104,339.75 | $38,705.88 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Period Ending:** 09/06/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/04/10  
**Claims Bar Date:** 03/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence<br>    1968 Fescue Dr. Aurora, IL | 217,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account<br>    5th 3rd Bank Checking Acct-Cincinnati, OH | 387.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account<br>    Chase Checking Acct-Baton Rouge, LA | 307.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods<br>    Misc furniture, T, appliances, utensils | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>    Misc. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and Jewelry<br>    Misc. rings, earings, necklaces | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Digital Camera--1968 Fescue<br>    Digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 9 | 16% Interest in Avant Home Health<br>    Fax machine & Xerox machine | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Lawsuit - Manuel v Global<br>    Order entered 7/27/12 for settlement with Global Home Healthcare, Inc., for total of $50,000.  ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 11 | 25% interest in Mid America Home Health | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 100% interest in Amma Home Health | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 25% interest in Global Home Health<br>    Order entered 7/27/12 for settlement with Global Home Healthcare, Inc., for total of $50,000.  ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 14 | Fax machine & xerox machine--1968 Fescue | 100.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$219,394.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Period Ending:** 09/06/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/04/10  
**Claims Bar Date:** 03/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

This was originally Trustee Safanda's case. On 7/27/12, an Order was entered for settlement with Global Home Healthcare, Inc., for total of $50,000. ($10,000 for purchase of debtor's stock in company and $40,000 for settlement of lawsuit itself). The entire $10,000 for the stock was paid, but Global Home Healthcare was supposed to make payments on the $40,000 settlement but has only paid $11,000. Order for Turnover of the remaining $29,000 entered 12/19/14 stating if full balance must be paid by 1/19/15 or payment arrangements need to be made or Trustee will obtain a Judgment and proceed with collections. Global Home Healthcare was making payments and is now in the process of selling the company and paying the remaining amount due of $11,800 at the closing. Closing tentatively set for January 8, 2016.

**Initial Projected Date Of Final Report (TFR):**   March 15, 2015       **Current Projected Date Of Final Report (TFR):**   May 20, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 09/06/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********13 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/13 | | ROY SAFANDA, TRUSTEE | Turnover of funds from former Trustee, Safanda. Order entered 7/27/12 approving settlement with Global Home Healthcare for total of $50,000. Defendants paid $10,000 for purchase of stock and paid $3,000 toward payment of lawsuit settlement | | 12,914.54 | | 12,914.54 |
| | {10} | | Gross Sale              13,000.00 | 1249-000 | | | 12,914.54 |
| | | | Service fees              -85.46 | 2600-000 | | | 12,914.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,904.54 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.18 | 12,885.36 |
| 02/11/14 | 1000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 17.22 | 12,868.14 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.30 | 12,850.84 |
| 03/28/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 3,000.00 | | 15,850.84 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.68 | 15,831.16 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.78 | 15,808.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.50 | 15,784.88 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.71 | 15,762.17 |
| 07/16/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 2,000.00 | | 17,762.17 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.97 | 17,737.20 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.37 | 17,710.83 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.48 | 17,685.35 |
| 10/16/14 | {10} | THE GOLDING LAW OFFICES, P.C. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 3,000.00 | | 20,685.35 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.59 | 20,656.76 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.72 | 20,627.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.66 | 20,596.38 |
| 01/27/15 | {10} | GLOBAL HOME HEALTHCARE, INC. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. (check made payable to their attorney endorsed to TES Trustee. | 1249-000 | 1,200.00 | | 21,796.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.91 | 21,765.47 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 13.02 | 21,752.45 |
| 03/05/15 | {10} | THE GOLDING LAW OFFICES, | Settlement Payment re: Order approving | 1249-000 | 12,000.00 | | 33,752.45 |

Subtotals :         $34,114.54         $362.09

{} Asset reference(s)                                        Printed: 09/06/2016 01:53 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 09/06/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********13 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | P.C. | compromise entered 7/27/12 for settlement of state court lawsuit. | | | | |
| 03/05/15 | {10} | GLOBAL HOME HEALTHCARE, INC. | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. Check made payable to their attorney endorsed to TES Trustee. | 1249-000 | 1,000.00 | | 34,752.45 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 34,723.22 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 49.13 | 34,674.09 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 34,674.09 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,114.54 | 35,114.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 34,674.09 | |
| | | | Subtotal | | 35,114.54 | 440.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,114.54 | $440.45 | |

{} Asset reference(s)

Printed: 09/06/2016 01:53 PM     V.13.28

**Form 2**

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 09/06/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****926266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 34,674.09 | | 34,674.09 |
| 05/05/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 | | 35,674.09 |
| 07/13/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 | | 36,674.09 |
| 08/04/15 | {10} | Richard Golding | Settlement Payment re: Order approving compromise entered 7/27/12 for settlement of state court lawsuit. | 1249-000 | 1,000.00 | | 37,674.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.79 | 37,616.30 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.10 | 37,562.20 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.22 | 37,509.98 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.35 | 37,450.63 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.93 | 37,398.70 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #10-29113, Bond Premium | 2300-000 | | 19.21 | 37,379.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.85 | 37,327.64 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.91 | 37,268.73 |
| 04/14/16 | | Christian Peltier | Liquidation of Personal Property | | 11,800.00 | | 49,068.73 |
| | {10} | | 1,800.00 | 1249-000 | | | 49,068.73 |
| | {13} | | 10,000.00 | 1249-000 | | | 49,068.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.13 | 49,008.60 |
| 07/12/16 | 10102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $5,750.00, Trustee Compensation;  Reference: | 2100-000 | | 5,750.00 | 43,258.60 |
| 07/12/16 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $4,494.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,494.50 | 38,764.10 |
| 07/12/16 | 10104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $58.22, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 58.22 | 38,705.88 |
| 07/12/16 | 10105 | MIDLAND FUNDING LLC | Dividend paid  38.65% on $6,856.24; Claim# 1; Filed: $6,856.24; Reference: | 7100-000 | | 2,650.18 | 36,055.70 |
| 07/12/16 | 10106 | FIRST NATIONAL BANK OF OMAHA | Dividend paid  38.65% on $7,696.79; Claim# 2; Filed: $7,696.79; Reference: | 7100-000 | | 2,975.08 | 33,080.62 |
| 07/12/16 | 10107 | CHASE BANK USA NA | Dividend paid  38.65% on $9,995.69; Claim# 3; Filed: $9,995.69; Reference: | 7100-000 | | 3,863.67 | 29,216.95 |
| 07/12/16 | 10108 | CHASE BANK USA NA | Dividend paid  38.65% on $4,080.33; Claim# 4; Filed: $4,080.33; Reference: | 7100-000 | | 1,577.18 | 27,639.77 |

Subtotals :    $49,474.09    $21,834.32

{} Asset reference(s)

Printed: 09/06/2016 01:53 PM    V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-29113  
**Case Name:** MANUEL, FERNANDO R.  
MANUEL, PASTORA S.  
**Taxpayer ID #:** **-***2089  
**Period Ending:** 09/06/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****926266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/16 | 10109 | AMERICAN EXPRESS CENTURION BANK | Dividend paid  38.65% on $3,793.68; Claim# 5; Filed: $3,793.68; Reference: | 7100-000 | | 1,466.38 | 26,173.39 |
| 07/12/16 | 10110 | AMERICAN EXPRESS CENTURION BANK | Dividend paid  38.65% on $1,892.31; Claim# 6; Filed: $1,892.31; Reference: | 7100-000 | | 731.44 | 25,441.95 |
| 07/12/16 | 10111 | MIDLAND FUNDING LLC | Dividend paid  38.65% on $3,066.58; Claim# 7; Filed: $3,066.58; Reference: | 7100-000 | | 1,185.34 | 24,256.61 |
| 07/12/16 | 10112 | US DEPARTNMENT OF EDUCATION | Dividend paid  38.65% on $12,930.84; Claim# 8; Filed: $12,930.84; Reference: | 7100-000 | | 4,998.20 | 19,258.41 |
| 07/12/16 | 10113 | DISCOVER BANK | Dividend paid  38.65% on $1,775.78; Claim# 9; Filed: $1,775.78; Reference: | 7100-000 | | 686.40 | 18,572.01 |
| 07/12/16 | 10114 | DISCOVER BANK | Dividend paid  38.65% on $8,711.67; Claim# 10; Filed: $8,711.67; Reference: | 7100-000 | | 3,367.35 | 15,204.66 |
| 07/12/16 | 10115 | NEWMAN RAIZ, LLC | Dividend paid  38.65% on $39,335.93; Claim# 11; Filed: $39,335.93; Reference: | 7100-000 | | 15,204.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 49,474.09 | 49,474.09 | $0.00 |
| | | | Less: Bank Transfers | | 34,674.09 | 0.00 | |
| | | | **Subtotal** | | 14,800.00 | 49,474.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $14,800.00 | $49,474.09 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********13** | 35,114.54 | 440.45 | 0.00 |
| **Checking # ****926266** | 14,800.00 | 49,474.09 | 0.00 |
| | $49,914.54 | $49,914.54 | $0.00 |

{} Asset reference(s)

Printed: 09/06/2016 01:53 PM    V.13.28